UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
RENE ARTURO LOPEZ, *et al.*,          )
                                      )
      Plaintiffs,              )
                                      )
      v.                        )    Civil Action No. 10-0023 (PLF)
                                      )
COUNCIL ON AMERICAN-ISLAMIC           )
RELATIONS ACTION NETWORK, INC.,       )
                                      )
      Defendant.               )
_____)

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [8] the defendant's motion to consolidate this case with Civil Action No. 10-0022 is GRANTED; it is

FURTHER ORDERED that [7] the defendant's motion to reassign this case is DENIED; it is

FURTHER ORDERED that [11] the defendant's motion to dismiss the plaintiffs' complaint is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Count I of the complaint, alleging violations of the District of Columbia Consumer Protection Act, is DISMISSED. All other claims remain pending; and it is

FURTHER ORDERED that this case is consolidated with Civil Action No. 10-0022 for all purposes.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 30, 2010